IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV233 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHEAST ECONOMIC DEVELOPMENT, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a Motion to Confirm Sale. (Filing 19.)

IT IS HEREBY ORDERED that any person wishing to object to confirmation of the Marshal's sale conducted herein shall, not later than August 18, 2015, file with the Clerk of Court and serve upon the parties to this action a written objection to confirmation of sale setting forth the basis for said objection.

IT IS FURTHER ORDERED that, in the event no objection to confirmation of sale is filed by the date specified above, Plaintiff's Motion to Confirm Sale shall be considered without hearing.

IT IS FURTHER ORDERED that, in the event an objection to confirmation of sale is filed by the date specified above, all issues raised by said objection will be heard before the Court at 12:30 p.m. on August 25, 2015, in Courtroom 2, Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to all parties listed in the Certificate of Service to the Motion to Confirm Sale, and to the United States Attorney.

DATED this 30th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge